# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO.: 5:05CV240-V

| | |
|---|---|
| THE HICKORY SPRINGS RETIREMENT PLAN and THE HICKORY SPRINGS INVESTMENT SAVINGS PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>LYNWOOD J. ANDREWS, THE ESTATE OF PAULA M. ANDREWS (and its Administrator, Lynwood J. Andrews), and G.C. MEDLEY, JR.,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on its own Motion. Plaintiffs filed their Complaint in this matter on August 24, 2005. On November 3, 2005, in light of Defendants failure to answer or otherwise appear in this matter, Plaintiffs filed a Motion for Entry of Default. On November 3, 2005, the Clerk granted Plaintiffs' Motion. Subsequently, on February 20, 2006, Plaintiffs filed an Amended Motion for Default Judgment. This Court, on March 21, 2006, entered default judgment in favor of Plaintiffs.

On April 13, 2006, Defendant, the Estate of Paula M. Andrews, filed a Motion to Set Aside Entry of Default. However, the Motion was not accompanied by a supporting brief as required by Local Rules 7.1 and 7.2.

**IT IS, THEREFORE, ORDERED** that Defendant, the Estate of Paula M. Andrews, has ten (10) days from the date of this Order to submit a brief in support of its Motion to Set Aside Entry of Default.

Signed: April 18, 2006

*Richard L. Voorhees*
Richard L. Voorhees
Chief United States District Judge